# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED MARCH 29, 2024

## NO. 03-22-00420-CV

**Stephanie Muth, in Her Official Capacity as Commissioner of the Texas Department of Family and Protective Services, and the Texas Department of Family and Protective Services, Appellants**

**v.**

**Mirabel Voe, Individually and as Parent and Next Friend of Antonio Voe, a Minor, and Wanda Roe, Individually and as Parent and Next Friend of Tommy Roe, a Minor, Appellees**

### APPEAL FROM THE 459TH DISTRICT COURT OF TRAVIS COUNTY
### BEFORE CHIEF JUSTICE BYRNE, JUSTICES TRIANA AND THEOFANIS
### AFFIRMED -- OPINION BY JUSTICE TRIANA

This is an appeal from the order signed by the trial court on July 8, 2022. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the trial court's order. Therefore, the Court affirms the trial court's order. The appellants shall pay all costs relating to this appeal, both in this Court and in the court below.